# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **JEROME L. GRIMES** | * | **CIVIL ACTION NO. 16-1736** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **TIMOTHY STEPHENS, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Dismiss [Doc. No.11], argued on the basis of res judicata is DENIED, but that Plaintiff's claims against Defendants Timothy Stephens and the City of Monroe Police Department are hereby DISMISSED WITHOUT PREJUDICE pursuant to *Wallace v. Kato*.

MONROE, LOUISIANA, this 6th day of July, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE